UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
RAMON JAQUEZ, Individually, and On : Case No.: 1:22-cv-05149-LGS
Behalf of All Others Similarly Situated, :
:
Plaintiff, :
vs. : **NOTICE OF VOLUNTARY DISMISSAL**
:
:
UNLIMITED FURNITURE GROUP, INC. :
:
Defendant. :
:
:
---------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ramon Jaquez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Unlimited Furniture Group, Inc.

DATED:  August 12, 2022       **MIZRAHI KROUB LLP**

                   /s/ Edward Y. Kroub
                   EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*